KENNETH R. MAGUIRE, ESQ. *pro hac vice*
KEN MAGUIRE & ASSOCIATES, PLLC
3366 Park Avenue
Wantagh, New York 11793
(516) 228-8400
kmaguire@kmlawny.com

RICHARD I. DREITZER, ESQ.
Nevada Bar No. 6626
DREITZER LAW
601 S. Tenth St., Suite 202C
Las Vegas, Nevada 89101
(702) 245-5666
richard@dreitzerlaw.com
*Attorneys for Seneca Insurance Company, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SENECA INSURANCE COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br><br>ALPINE INSURANCE ASSOCIATES, INC.<br>And DOES I-X, inclusive.<br><br>Defendants. | Case No.: 3:18-CV-00087-MMD-WGC<br><br>**SUBSTITUTION OF ATTORNEY** |

Plaintiff, SENECA INSURANCE COMPANY, INC. hereby substitutes RICHARD DREITZER and the law firm of DREITZER LAW, 601 S. Tenth St., Suite 202C, Las Vegas, Nevada 89101, (702) 245-5666, as attorney of record in place and stead of the law firm of WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP.

DATED: 4/25/2019

By: _____
John Mrakovcic, AVP Claims – HO Claims
Seneca Insurance Company, Inc.

I consent to the above substitution.

DATED: 4-25-19      WILSON ELSER MOSKOWITZ
                    EDELMAN & DICKER, LLP.

                    By: /s/ Sheri Thome
                    Sheri Thome, Esq. (SNB # 8657)
                    300 South Fourth Street, 11th Floor
                    Las Vegas, NV 89101

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: 4-28-19      DREITZER LAW

                    By: /s/ Richard I. Dreitzer
                    RICHARD I. DREITZER, ESQ.
                    Nevada Bar No. 6626
                    601 S. Tenth St., Suite 202C
                    Las Vegas, Nevada 89101
                    (702) 245-5666
                    richard@dreitzerlaw.com
                    *Attorneys for Seneca Insurance Company, Inc.*

Please check one: ✓ RETAINED, or ___ APPOINTED BY THE COURT

**APPROVED:**

DATED: April 30, 2019

/s/ William G. Cobb
UNITED STATES MAGISTRATE JUDGE