Stephen C. Balkenbush, Esq. – State Bar No. 1814
Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
scb@thorndal.com
kfp@thorndal.com
Attorneys for Defendant
ALPINE INSURANCE ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SENECA INSURANCE COMPANY, INC. <br><br> Plaintiff, <br><br> vs. <br><br> ALPINE INSURANCE ASSOCIATES, INC. and DOES I-X, inclusive. <br><br> Defendants. | Case No.: 3:18-CV-00087-MMD-WGC <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR ALPINE INSURANCE ASSOCIATES, INC. TO FILE ITS RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** <br> **(First Request)** |

COMES NOW Plaintiff, SENECA INSURANCE COMPANY, INC. ("Seneca" or "Plaintiff"), by and through its attorneys of record, Fennemore Craig, P.C., and Ken Maguirre & Associates, PLLC, and Defendant, ALPINE INSURANCE ASSOCIATES, INC. ("Alpine" or "Defendant"), by and through its attorneys of record, Thorndal Armstrong Delk Balkenbush & Eisinger, and stipulate as follows:

Plaintiff filed its Motion for Leave to File First Amended Complaint on May 12, 2021. Alpine's opposition to said motion is due to be filed on May 26, 2021. The parties stipulate that Alpine shall have to and including June 4, 2021 to file its response to Seneca's motion. The reason for this request is that counsel for Alpine has been denied access to its computer system since May 6, 2021 due an attack on its computer system. Access to said computer system was

- 1 -

partially restored on May 21, 2021.

DATED this 25th day of May, 2021.

FENNEMORE CRAIG, P.C.

By: /s/ Richard I. Dreitzer
Richard I. Dreitzer, Esq., SBN 6626
300 South Fourth Street, Suite 1400
Las Vegas, NV 89101
(702) 692-8000

Kenneth R. Maguire, Esq., *Pro Hac Vice*
Ken Maguirre & Associates, PLLC
3366 Park Avenue
Wantagh, NY 11793
(516) 228-8400

Attorneys for Plaintiff
SENECA INSURANCE COMPANY, INC.

DATED this 25th day of May, 2021.

THORNDAL ARMSTRONG
DELK BALKENBUSH & EISINGER

By: /s/ Stephen C. Balkenbush
Stephen C. Balkenbush, Esq., SBN 1814
Katherine F. Parks, Esq., SBN 6227
6590 S. McCarran Blvd., Suite B
Reno, NV 89509
(775) 786-2882

Attorneys for Defendant
ALPINE INSURANCE ASSOCIATES, INC.

## ORDER

IT IS SO ORDERED.

DATED this 26th day of May, 2021.

*William G. Cobb*
WILLIAM G. COBB
U.S. MAGISTRATE JUDGE