1   Katherine F. Parks, Esq. - State Bar No. 6227
2   Thorndal Armstrong Delk Balkenbush & Eisinger
    6590 S. McCarran Blvd., Suite B
3   Reno, Nevada 89509
    (775) 786-2882
4   scb@thorndal.com
5   kfp@thorndal.com
    Attorneys for Defendant
6   ALPINE INSURANCE ASSOCIATES, INC.

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**

9

10  | SENECA INSURANCE COMPANY, INC. | Case No.:  3:18-CV-00087-MMD-CSD |
11  | Plaintiff, | |
    | vs. | |
12  | | **STIPULATION AND ORDER TO** |
    | | **EXTEND TIME FOR ALPINE INSURANCE** |
13  | ALPINE INSURANCE ASSOCIATES, INC. | **ASSOCIATES, INC. TO FILE ITS REPLY** |
    | and DOES I-X, inclusive. | **IN SUPPORT OF DEFENDANT'S MOTION** |
14  | | **FOR SUMMARY JUDGMENT** |
    | Defendants. | |
15

16

17      COMES NOW Plaintiff, SENECA INSURANCE COMPANY, INC., by and through its

18  attorneys of record, Fennemore Craig, P.C., and Ken Maguirre & Associates, PLLC, and

19  Defendant, ALPINE INSURANCE ASSOCIATES, INC., by and through its attorneys of record,

20  Thorndal Armstrong Delk Balkenbush & Eisinger, and hereby stipulate and agree that Defendant

21  shall have a one (1) week extension of time, to and including November 21, 2022, to file its reply

22  brief in support of Defendant's Motion for Summary Judgment (ECF No. 68).

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

                              - 1 -

1       This request is made in good faith and not for any improper purpose.

2

3    DATED this 9th day of November, 2022.    DATED this 9th day of November, 2022.

4    FENNEMORE CRAIG, P.C.    THORNDAL ARMSTRONG

5                                  DELK BALKENBUSH & EISINGER

6    By: /s/ Richard I. Dreitzer    By: /s/ Katherine F. Parks

7       Richard I. Dreitzer, Esq., SBN 6626    Katherine F. Parks, Esq., SBN 6227

          9275 W. Russell Road, Suite 240    6590 S. McCarran Blvd., Suite B

8       Las Vegas, NV 89148    Reno, NV 89509

          (702) 692-8026    (775) 786-2882

9

10      Kenneth R. Maguire, Esq., *Pro Hac Vice*    Attorneys for Defendant

          Ken Maguirre & Associates, PLLC    ALPINE INSURANCE ASSOCIATES, INC.

11      3366 Park Avenue

          Wantagh, NY 11793

12      (516) 228-8400

13

          Attorneys for Plaintiff

14      SENECA INSURANCE COMPANY, INC.

15

16

17                         **ORDER**

18      IT IS SO ORDERED.

19      DATED this 10th day of ____November____ 2022

20                                          U.S. DISTRICT JUDGE

21

22

23

24

25

26

27

28

- 2 -