1  Katherine F. Parks, Esq.
   State Bar No. 6227
2  Thorndal Armstrong, PC
   6590 S. McCarran Blvd., Suite B
3  Reno, Nevada 89509
   (775) 786-2882
4  kfp@thorndal.com
   Attorney for Defendant
5  ALPINE INSURANCE ASSOCIATES, INC.

6                **UNITED STATES DISTRICT COURT**

7                      **DISTRICT OF NEVADA**

8

| 9  | SENECA INSURANCE COMPANY, INC. | Case No.: 3:18-CV-00087-MMD-CSD |
|----|--------------------------------|--------------------------------|
| 10 | Plaintiff, | |
| 11 | vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR ALPINE INSURANCE ASSOCIATES, INC. TO FILE ITS RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER OR, ALTERNATIVELY, MOTION FOR CERTIFICATION OF FINAL JUDGMENT AS TO DISMISSED CAUSES OF ACTION [ECF NO. 75]** |
| 12 | ALPINE INSURANCE ASSOCIATES, INC. and DOES I-X, inclusive. | |
| 13 | Defendants. | |

17  COMES NOW Plaintiff, SENECA INSURANCE COMPANY, INC., by and through its

18  attorneys of record, Fennemore Craig, P.C., and Ken Maguirre & Associates, PLLC, and

19  Defendant, ALPINE INSURANCE ASSOCIATES, INC., by and through its attorneys of record,

20  Thorndal Armstrong, PC, and hereby stipulate and agree that Defendant shall have a two week

21  extension of time, up to and including June 27th, 2023, to file its response to Plaintiff's Motion

22  for Reconsideration of Order or, Alternatively, Motion for Certification of Final Judgment as to

23  Dismissed Causes of Action [ECF No. 75].

24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

- 1 -

This request is made in good faith and not for any improper purpose.

DATED this 6th day of June, 2023.                    DATED this 6th day of June, 2023.

FENNEMORE CRAIG, P.C.                                THORNDAL ARMSTRONG, PC


By:   */s/ Richard Dreitzer*                         By:   */s/ Katherine Parks*
    Richard I. Dreitzer, Esq., SBN 6626              Katherine F. Parks, Esq., SBN 6227
    9275 W. Russell Road, Suite 240                  6590 S. McCarran Blvd., Suite B
    Las Vegas, NV 89148                              Reno, NV 89509
    (702) 692-8026                                   (775) 786-2882

    Kenneth R. Maguire, Esq., *Pro Hac Vice*         Attorneys for Defendant
    Maguire Tedrick, PLLC                            ALPINE INSURANCE ASSOCIATES, INC.
    3366 Park Avenue
    Wantagh, NY 11793
    (516) 228-8400

    Attorneys for Plaintiff
    SENECA INSURANCE COMPANY, INC.


**ORDER**

IT IS SO ORDERED.

DATED this  8th  day of    June    , 2023.

_____
UNITED STATES DISTRICT JUDGE