Kenneth R. Maguire, Esq., *Pro Hac Vice*
Maguire Tedrick, PLLC
3366 Park Avenue
Wantagh, NY 11793
(516) 228-8400
Attorneys for Plaintiff
SENECA INSURANCE COMPANY, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| SENECA INSURANCE COMPANY, INC. | Case No.: 3:18-CV-00087-MMD-CSD |
|---|---|
| Plaintiff, | |
| vs. | |
| ALPINE INSURANCE ASSOCIATES, INC. and DOES I-X, inclusive. | **STIPULATION AND ORDER TO EXTEND TIME FOR ALPINE INSURANCE ASSOCIATES, INC. TO FILE ITS RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER OR, ALTERNATIVELY, MOTION FOR CERTIFICATION OF FINAL JUDGMENT AS TO DISMISSED CAUSES OF ACTION [ECF NO. 75]** |
| Defendants. | |

COMES NOW Plaintiff, SENECA INSURANCE COMPANY, INC., by and through its attorneys of record, Fennemore Craig, P.C., and Maguire Tedrick, PLLC, and Defendant, ALPINE INSURANCE ASSOCIATES, INC., by and through its attorneys of record, Thorndal Armstrong, PC, and hereby stipulate and agree that Plaintiff shall have a one week extension of time, up to and including July 10, 2023, to file its reply in further support of Plaintiff's Motion for Reconsideration of Order or, Alternatively, Motion for Certification of Final Judgment as to Dismissed Causes of Action [ECF No. 75].

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

This request is made in good faith and not for any improper purpose.

DATED this 29th day of June, 2023.

FENNEMORE CRAIG, P.C.

By: */s/Richard Dreitzer*
Richard I. Dreitzer, Esq., SBN 6626
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
(702) 692-8026

Kenneth R. Maguire, Esq., *Pro Hac Vice*
Maguire Tedrick, PLLC
3366 Park Avenue
Wantagh, NY 11793
(516) 228-8400

Attorneys for Plaintiff
SENECA INSURANCE COMPANY, INC.

DATED this 29th day of June, 2023.

THORNDAL ARMSTRONG, PC

By: */s/Katherine Parks*
Katherine F. Parks, Esq., SBN 6227
6590 S. McCarran Blvd., Suite B
Reno, NV 89509
(775) 786-2882

Attorneys for Defendant
ALPINE INSURANCE ASSOCIATES, INC.

## ORDER

IT IS SO ORDERED.

DATED this 30th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE