Katherine F. Parks, Esq.
Nevada Bar No. 6227
Thorndal Armstrong, PC
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendant
ALPINE INSURANCE ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SENECA INSURANCE COMPANY, INC. <br><br> Plaintiff, <br><br> vs. <br><br> ALPINE INSURANCE ASSOCIATES, INC. and DOES I-X, inclusive. <br><br> Defendants. | CASE NO. 3:18-cv-00087-MMD-CSD <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff, SENECA INSURANCE COMPANY, INC., and Defendant, ALPINE INSURANCE ASSOCIATES, INC., by and through their undersigned attorneys of record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled matter be dismissed with prejudice in its entirety, with each party to bear their own costs and attorney's fees.

DATED this 30th day of August, 2023.                   DATED this 30th day of August, 2023.

FENNEMORE CRAIG, P.C.                                    THORNDAL ARMSTRONG, PC

By: /s/ Richard Dreitzer                                               By: /s/ Katherine Parks
    Richard I. Dreitzer, Esq., SBN 6626                      Katherine F. Parks, Esq., SBN 6227
    9275 W. Russell Road, Suite 240                          6590 S. McCarran Blvd., Suite B
    Las Vegas, NV 89148                                              Reno, NV 89509
    (702) 692-8026                                                         (775) 786-2882
                                                                                      Attorney for Defendant
    Kenneth R. Maguire, Esq., *Pro Hac Vice*              ALPINE INSURANCE ASSOCIATES, INC.
    Ken Maguirre & Associates, PLLC
    3366 Park Avenue
    Wantagh, NY 11793
    (516) 228-8400
    Attorneys for Plaintiff
    SENECA INSURANCE COMPANY, INC.

1 **<u>ORDER</u>**

2     IT IS SO ORDERED.

3     DATED this <u>30th</u> day of <u>  August  </u>, 2023.

4

5                            UNITED STATES DISTRICT JUDGE